Date: 02/04/11                                                                                                                      Page:

## DIVIDENDS REMITTED TO THE COURT

Check Number 1010 Dated 02/04/11

Case Number 09-33786 - KNAPP, JAMES FRANCIS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **CHASE BANK USA NA** <br> PO BOX 15145 <br> WILMINGTON, DE 19850-5145 <br>   3713 | 000007 | 312.54 | 3.09 |
| ---------- Remittance Total --------------- | | 312.54 | 3.09 |

CHARLES W. RIES, Trustee

COURT1                                                                                    Printed: 02/04/11 02:56 PM    Ver: 16.01c